IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
IN AN FOR PALM BEACH COUNTY, FLORIDA

BILLIE JO BRITTON,

    Plaintiff

v.                                                                   CIVIL DIVISION

WAL-MART STORES EAST, LP,                      CASE NO.:

    Defendant.
_____/

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

    Plaintiff, BILLIE JO BRITTON, by and through the undersigned counsel, sues Defendant, WAL-MART STORES EAST, LP, and alleges:

**ALLEGATIONS COMMON TO ALL COUNTS**

    1.    This is an action for damages in excess Thirty Thousand Dollars (30,000.00), and within the jurisdictional limits of this Court.

    2.    At all times material hereto Plaintiff, BILLIE JO BRITTON, was and is a resident of Palm Beach County, Florida, and was otherwise *sui juris*.

    3.    At all times material hereto Defendant, WAL-MART STORES EAST, LP, was and is a Foreign Limited Partnership actively doing business in West Palm Beach, Palm Beach County, Florida.

    4.    Venue is proper in this County in that Defendant, WAL-MART STORES EAST, LP, does business in Palm Beach County, Florida, and/or all of the acts complained of herein occurred in Palm Beach County, Florida.

5. That on or about March 10, 2020, Plaintiff, BILLIE JO BRITTON, was a business invitee of Defendant, WAL-MART STORES EAST, LP's, premises located at 9990 Belvedere Road, West Palm Beach, Palm Beach County, Florida 33411.

## COUNT I - NEGLIGENCE CLAIM AGAINST DEFENDANT, WAL-MART STORES EAST, LP

Plaintiff re-alleges and restates the allegations in paragraphs 1 through 5 as if fully set forth herein.

6. At all times material hereto, and specifically on March 10, 2020, Defendant, WAL-MART STORES EAST, LP, owned, managed, controlled, operated, and/or maintained the premises located at 9990 Belvedere Road, West Palm Beach, Palm Beach County, Florida 33411.

7. That on or about March 10, 2020, Plaintiff, BILLIE JO BRITTON, was lawfully in/on Defendant, WAL-MART STORES EAST, LP's, premises located at 9990 Belvedere Road, West Palm Beach, Palm Beach County, Florida 33411, when she was struck by a shopping cart being pushed/controlled by an employee, contractor, subcontractor, and/or otherwise an agent of Defendant, WAL-MART STORES EAST, LP.

8. That Defendant, WAL-MART STORES EAST, LP, owed a duty to its business invitees, including Plaintiff, BILLIE JO BRITTON, to operate its business in safe, non-negligent manner.

9. That through its agents, servants, and/or employees Defendant, WAL-MART STORES EAST, LP, breached its duty owed to Plaintiff, BILLIE JO BRITTON, by negligently operating its business in the following manner:

   a. Failing to place barricades or other barriers to prevent customers such as the Plaintiff from being in the area where such person could be struck by a shopping cart; and/or

  b. By failing to remove Plaintiff from the area in which she was struck by the shopping cart of moving cart.; and/or

  c. By failing to appropriately/adequately warn Plaintiff of the danger posed by the shopping cart.; and/or

  d. By failing to implement appropriate procedures/methodologies to ensure the cart could be moved/transported in a safe, non-negligent manner so as not to a pose a threat/danger to customers , including but not limited to the Plaintiff.; and/or

  e. By failing to assign and/or have enough employees/agents to ensure that no one including but not limited to the Plaintiff, was in the zone of danger created by the moving of the shopping cart.; and/or

  f. By failing to properly train its employees/agents in the proper way to operate carts in customer areas; and/or

  g. By failing to assign and/or have enough employees/agents to ensure that the cart could be moved in safe, non-negligent manner.

10. Defendant, WALMART STORES EAST, LP, its agents, servants or employees created the danger by its/his/her/their moving the cart and therefore had actual notice of the danger created by such actions.

11. As a direct and proximate result of the aforementioned negligence of Defendant, WAL-MART STORES EAST, LP, Plaintiff, BILLIE JO BRITTON, suffered significant and severe bodily injury, resulting pain and suffering, disability, disfigurement, physical impairment, inconvenience, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and/or aggravation of a previously

existing condition. These losses are either permanent or continuing in nature, and Plaintiff, BILLIE JO BRITTON, will suffer these losses in the future.

WHEREFORE, Plaintiff, BILLIE JO BRITTON, respectfully demands judgment against Defendant, WAL-MART STORES EAST, LP, for damages, costs, and interest and all other relief this Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff further demands a trial by jury on all issues so triable as of right by jury.

Dated: June 24, 2021

**RUBENSTEIN LAW, P.A.**
Attorneys for Plaintiff
9130 S. Dadeland Blvd, PH
Miami, FL 33156
Phone: (305) 661-6000
Fax: (561) 232-2137
Email:  phunt@rubensteinlaw.com
　　　　jmolano@rubensteinlaw.com
　　　　eservice@rubensteinlaw.com

By:  /s/ *Peter Hunt*
　　　**Peter Hunt**
　　　Florida Bar No.: 107350